CHICAGO—FIRST DISTRICT—MAY, 1914.    229

Imperial Safe Dep. Co. v. The Univ. of Chicago, 187 Ill. App. 229.

## Imperial Safe Deposit Company, Appellant, v. The University of Chicago, Appellee.

### Gen. No. 19,240.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. HUGO PAM, Judge, presiding. Heard in this court at the March term, 1913. Affirmed. Opinion filed May 25, 1914. Rehearing denied June 8, 1914.

### Statement of the Case.

Action by Imperial Safe Deposit Company, a corporation, against The University of Chicago to recover damages for false representations alleged to have been made by the defendant to plaintiff in an exchange of real estate between them. Upon the trial the court instructed the jury to find the defendant not guilty. To reverse a judgment entered on the verdict, plaintiff appeals.

P. H. O'DONNELL and BEN J. ALTHEIMER, for appellant; ELIJAH N. ZOLINE and HENRY JACKSON DARBY, of counsel.

TENNEY, HARDING & SHERMAN and JUDAH, WILLARD, WOLF & REICHMANN, for appellees; HORACE KENT TENNEY and A. F. REICHMANN, of counsel.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. FRAUD, § 14*—*when false representations actionable.* An action cannot be maintained for damages resulting from false representations unless the plaintiff has relied and acted thereon to his injury.

2. EXCHANGE OF PROPERTY, § 8*—*when directing verdict in suit for false representations proper.* In an action to recover damages for

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.

false representations alleged to have been made by the defendant to plaintiff in an exchange of real estate between them, *held* that a direction of a verdict to find defendant not guilty was proper for two reasons, first, because there was no evidence that the person making the representations had authority to make them; and, second, because it did not appear that plaintiff relied on such representations.

3. TRIAL, § 192*—*rule as to direction of verdict.* Although a case should not be taken from the jury where there is any evidence from which reasonable inferences favorable to the plaintiff may be drawn, such inferences must be reasonable and not mere speculations produced·by fervid appeals to the emotions or imagination.